```
PONZO, ENRICO                    CR#94-1678-CBS
Unlawful flight to
Avoid Prosecution
```

```
12/12/94   Allowed criminal complaint and arrest warrant
4/19/95    File closed and returned to Clerk
```